UNITED STATES DISTRICT COURT
for the
DISTRICT OF RHODE ISLAND

GREG DUHAMEL and
THOMAS DUBOIS

     *v.*　　　　　　　　　　　　　　　　　C.A.No.: 21-cv- 00319-MSM-LDA

LISA BALDELLI-HUNT
    *Mayor of Woonsocket*
 and
LAURIE PERRY
    *City Treasurer of Woonsocket*

## AMENDED JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

   The Plaintiffs and Defendants, based on the provisions and agreements set forth below, through their attorneys, hereby jointly stipulate and agree to the dismissal of this case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii):

1. The individual plaintiffs Greg Duhamel and Thomas Dubois have been unblocked and/or unbanned from the @LISABALDELLIHUNT Facebook Page.

2. All other accounts previously blocked and/or banned by the @LISABALDELLIHUNT Facebook Page have also been unblocked.

3. Defendants represents that users will not be blocked from the @LISABALDELLIHUNT Facebook Page based on First Amendment-protected viewpoints expressed.

4. The defendants shall pay the Plaintiffs' attorneys fees and costs in the amounts of $7,000.00. The Sharing of the tribunal-approved award with the American Civil

Liberties Foundation of Rhode Island is consistent with this Court's decision in *Inmates of RI Training School v. Martinez*, F.Supp.2d 131 (D.R.I. 2006 and Rhode Island R.P.C. 5.4(a)(4).

Respectfully submitted,

| | |
|---|---|
| GREG DUHAMEL and THOMAS DUBOIS<br>By and through their attorneys, | MAYOR LISA BALDELLI-HUNT and TREASURER LAURIE PERRY<br>By and through their attorney, |
| */s/ David S. Cass*<br>David S. Cass, #5044<br>*Cooperating Attorney,*<br>*American Civil Liberties Union*<br>*Foundation of Rhode Island*<br>One Davol Square, Suite 400<br>Providence, RI 02903<br>(508) 889-2674<br>david@davidcasslaw.com | */s/ Marc DeSisto*<br>Marc DeSisto<br>DeSisto Law LLC<br>60 Ship Street<br>Providence, RI 02903<br>(401) 272-4442<br>marc@desistolaw.com |